1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )   No. 2:20-cv-08707 JAK (PVCx)
                             )
            Plaintiff,       )   **ORDER RE STIPULATION FOR**
                             )   **ENTRY OF CONSENT JUDGMENT**
vs.                          )   **(DKT. 10)**
                             )
PUBLIC SAFETY TECHNOLOGIES,  )   **JS-6**
INC., LICENSEE OF STATION    )
WQJM334,                     )
                             )
            Defendant.       )
_____)

Based on a review of the Stipulation for Entry of Consent Judgment (the "Stipulation" (Dkt. 10)), sufficient good cause hase been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, and it is **ORDERED** that Plaintiff shall have judgment against Defendant Public Safety Technologies, Inc., Licensee Of Station WQJM334 as follows:

1.      Defendant shall pay to the United States the sum of $27,183.25,

consisting of the principal balance of $25,000.00; costs of $83.25; and

attorneys fees of $2,100.00.

2.      Except as noted above, each party to this Action shall bear its own costs.

**IT IS SO ORDERED.**

DATED:   January 19, 2021

_____

John A. Kronstadt
United States District Judge